BB
AO 91 (Rev. 11/11) Criminal Complaint                                                                    2026R00024

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~Investigative – Filed Under Seal~~ DLM |
| v. | Case No. ~~xx-mj- (DLM)~~ |
| Claire Louise FENG | 26-mj-75 DLM |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 24, 2026, in the State and District of Minnesota, the defendant, Claire Louise FENG, did forcibly assault, resist, oppose, impede, or interfere with a person designated in 18 U.S.C. § 1114, namely, the Victim, a United States Customs and Border Protection officer, who was engaged in, and on account of, the performance of official duties, and in the commission of that act inflicted bodily injury on the Victim, all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

_____
Complainant's signature

Bronson D. Day, Special Agent, HSI
_____
Printed name and title

Sworn to and signed before me, by reliable electronic means (FaceTime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 1/25/26

_____
Judge's Signature

City and State:  St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
_____
Printed Name and Title