IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>v. )<br>  )<br>Claire Louise Feng, )<br>  )<br>             Defendant. )<br>  )<br>  )<br>  ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: DULCE J. FOSTER<br>U.S. Magistrate Judge<br><br>Case No:           26-mj-75 DLM<br>Date:                January 26, 2026<br>Courthouse:    Minneapolis<br>Courtroom:      8E<br>Time Commenced:  4:07 p.m.<br>Time Concluded:   4:22 p.m.<br>Time in Court:        15 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff:   Benjamin Bejar, Assistant U.S. Attorney
  Defendant:  Rob Meyers
             X FPD

On      X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Preliminary hearing to be set.

_____s/jam_
Signature of Courtroom Deputy