26cr38 ECT/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CLAIRE LOUISE FENG,

          Defendant.

**INDICTMENT**

18 U.S.C. § 111(b)

THE UNITED STATES GRAND JURY CHARGES THAT:

**Count One**
(Assault on a Federal Officer Resulting in Bodily Injury)

On or about January 24, 2026, in the State and District of Minnesota, the defendant,

**CLAIRE LOUISE FENG**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government, that is, a special agent from Homeland Security Investigations (Victim A), while such officer and employee was engaged in and on account of the performance of his official duties, and in doing so, the defendant inflicted bodily injury on Victim 1, all in violation of Title 18, United States Code, Section 111(b).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY          FOREPERSON

