**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

          Plaintiff,

No. 26-cr-38 (ECT/DLM)

v.

**ORDER**

Claire Louise Feng,

          Defendant.

Due to the fact that the above-named defendant has now fully cooperated in the completion of a pretrial interview and she has been determined to be at a low risk for danger or non-appearance, **IT IS HEREBY ORDERED** that the following release conditions be vacated and removed:

- Submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

- Abide by the following restrictions on personal association, residence, or travel: Travel shall be restricted to Minnesota unless approved by the supervising officer.

- Not possess a firearm, destructive device, or other weapon.

- Report within 72 hours to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

- Reside at an address as approved by the pretrial services office or supervising officer.

DATED:  March 2, 2026

    *s/Douglas L. Micko*
    DOUGLAS L. MICKO
    United States Magistrate Judge