UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

   v.

Claire Feng

      Defendant.

Court File No. 26-cr-38 (ECT/DLM)

**MOTION FOR CONTINUANCE OF
MOTION FILING DATE**

---

Defendant Claire Feng, by and through her counsel, respectfully moves the Court for a continuance of the previously set date for the filing of motions, March 10, 2026, to April 9, 2026.  Defendant has received discovery from the government, including body-worn camera footage and other video and documentary materials, all of which both Defendant and counsel need to review and confer regarding prior to the preparation and filing of pretrial motions. For this reason, Defendant respectfully requests that the motion filing date in this case be continued by 30 days, until April 9, 2026. Counsel for Defendant has conferred with the government, which does not oppose this request. Pursuant to 18 U.S.C. §3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act.

Respectfully submitted,

Dated:   March 5, 2026                          s/ *Kevin C. Riach*
                                                Kevin C. Riach
                                                Attorney ID No. 389277
                                                THE LAW OFFICE OF KEVIN C. RIACH
                                                125 Main St. SE, Suite 339
                                                Minneapolis, MN 55414
                                                Phone:   612-203-8555

                                                **ATTORNEY FOR DEFENDANT**