UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Claire Feng

Defendant.

Court File No. 26-cr-38 (ECT/DLM)

**MOTION FOR DISCLOSURE OF JENCKS ACT MATERIALS**

Defendant respectfully moves the Court for an order, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requiring the Government to disclose, not less than 30 days prior to the trial of this case, all statements and reports within the meaning of the Jencks Act, 18 U.S.C. § 3500, on the following grounds:

1. Although the provisions of § 3500 do not require the Government to produce Jencks Act material until after a witness testifies at trial on direct examination, this Court has the inherent power to require the Government to produce Jencks Act material prior to trial, and should do so unless the Government can convince the Court that there is some legitimate governmental interest in not doing so.

2. The production of Jencks Act material at trial will necessitate extensive delays during the trial to allow the defense counsel an opportunity to review such material prior to cross-examination of Government witnesses. Absent a showing of possible witness harassment or some other valid governmental interest, this Court should exercise its inherent power and require early production of Jencks Act material in order to facilitate

orderly presentation of the Government's case at trial.

Respectfully submitted,

Dated: July 10, 2026

s/ *Kevin C. Riach*

Kevin C. Riach
Attorney ID No. 389277
THE LAW OFFICE OF KEVIN C. RIACH
125 Main St. SE, Suite 339
Minneapolis, MN 55414
Phone: 612-203-8555

**ATTORNEY FOR DEFENDANT**